UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mike Fieler,
    Plaintiff(s),

v.

CIGNA Group Insurance, et al.,
    Defendant(s).

Case No. 1:14cv618
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to telephonic notification by counsel that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date __1/15/15__

awh    January 14, 2015

KAREN L. LITKOVITZ
United States Magistrate Judge